UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States,
    Plaintiff

    v.                              Case No.  06-cv-324-SM

266 Wentworth Road,
New Castle, NH, et al.,
    Defendants

### ORDER

This forfeiture case was initiated by the plaintiff on August 31, 2006. Claims have been filed by Eric Aspen, Elizabeth Sager (nee Aspen) and Ocwen Loan Servicing, LLC. On January 10, 2007, this case was stayed pending the resolution of Mr. Aspen's state court criminal case. The case remained stayed until April 15, 2009.

Any person who files a verified statement or claim must file an answer within 20 days of filing the claim. As this case had been stayed for the past two years, the claimants are afforded the opportunity to file their respective answers twenty days from the date of this order.

SO ORDERED.

May 14, 2009

                                              Steven J. McAuliffe
                                              Chief Judge

cc:    Robert J. Rabuck, AUSA
        Richard Foley, Esq.
        John C. Barker Esq.
        Elizabeth Sager, pro se