UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
      Plaintiff

            v.                        Case No. 06-cv-324-SM

<u>266 Wentworth Road,
New Castle, NH, et al.</u>,
      Defendants

<u>ORDER</u>

      Re: Document No. 37, Motion to Strike (Doc. No. 22) Claim by Elizabeth Aspen, (Doc. No. 25) Claim by Eric Aspen for Failure to File Answers.

      Ruling: Granted in part and denied in part.  The claim filed by Eric Aspen is stricken for failure to file an answer as required by applicable rules of procedure and as directed by the court.  The claim filed by Elizabeth Sager is not dismissed as she is acting pro se, apparently misunderstood her procedural obligations, and has filed a motion for leave to file a late answer, as well as a proposed answer.  Ms. Sager is cautioned, however, that pro se litigants must comply with procedural rules.  In the future she is expected to educate herself and comply or she will risk dismissal of her claim.

                                      _____
                                      Steven J. McAuliffe
                                      Chief Judge

Date: July 22, 2009

cc:   Robert J. Rabuck, AUSA
      Richard N. Foley, Esq.
      Elizabeth Aspen Sager, pro se